FILED

11/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0469

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 20-0469

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

CHESTER BAUER,

    Defendant and Appellant.

## ORDER

Upon consideration of Unopposed Motion for Extension of Time to File Opening Brief and Affidavit in Support, and good cause appearing;

**IT IS HEREBY ORDERED** that Appellant is granted an extension of time to and including November 30, 2021, within which to prepare, file, and serve Appellant's Opening Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 19 2021